IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3134 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSE WAYNE HARRIS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) The defendant's motion to continue his change of plea hearing (filing no. 33), is granted.

2) The defendant's plea hearing will be conducted before the undersigned magistrate judge on May 3, 2012 at 2:30 p.m. The defendant is ordered to appear at this hearing.

3) The Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and May 3, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 5th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge